STATE OF MARYLAND *v.* STEPHEN DUNCAN

[No. 118, September Term, 1979.]

*Decided December 13, 1979.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, ORTH, COLE and DAVIDSON, JJ.

## PER CURIAM ORDER

It is this 13th day of December, 1979

ORDERED, by the Court of Appeals of Maryland, that the

judgment of the Court of Special Appeals be, and it is hereby, affirmed in part as to the judgment and modified as to the lack of a new trial and case remanded to that Court with direction to remand the case to the Circuit Court for Anne Arundel County for a new trial. See *Countess v. State,* Nos. 36 and 49, September Term, 1979, decided December 10, 1979.